# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

156061

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* JAMARION LAKWA LAWHORN

_____

PEOPLE OF THE STATE OF MICHIGAN,
          Petitioner-Appellee,

v

JAMARION LAKWA LAWHORN,
          Respondent-Appellant.

SC: 156061
COA: 330655
Kent CC Family Division:
14-052737-DJ

_____/

On order of the Court, the application for leave to appeal the May 18, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018

a0328

Clerk